UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LAKE-THOMPSON LTD., a California corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>BAY ISLAND, INC., a Minnesota corporation; WAL-MART STORES, INC., a Delaware corporation; and Does 1-50, inclusive<br><br>   Defendants. | Civil Case No. 2:07-cv-02645<br><br>**ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT, PURSUANT TO STIPULATION** |

Based upon the STIPULATION of the parties hereto, it is hereby

**IT IS ORDERED** that Defendants shall have until January 14, 2008, to answer, counterclaim or otherwise respond to the Plaintiff's Complaint.

DATED: January 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE